IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01476-DME-MJW

ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

    Plaintiff,

v.

PDB SPORTS, LTD. d/b/a DENVER BRONCOS,
EDWIN SMITH,
FLOYD LITTLE,
JOHN ROWSER,
LOUIE WRIGHT,
GODWIN TURK,
BARNEY CHAVOUS,
MIKE SCHNITKER,
WILLIAM VAN HEUSEN, and
RANDOLPH GRADISHAR

    Defendants.

**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS EDWIN SMITH, FLOYD LITTLE, JOHN ROWSER, LOUIE WRIGHT, GODWIN TURK, BARNEY CHAVOUS, MIKE SCHNITKER, WILLIAM VAN HEUSEN, AND RANDOLPH GRADISHAR**

THIS MATTER coming before the Court on the Joint Motion for Dismissal Without Prejudice of Defendants Edwin Smith, Floyd Little, John Rowser, Louie Wright, Godwin Turk, Barney Chavous, Mike Schnitker, William Van Heusen, and Randolph Gradishar ("Motion"), the Court, being fully advised;

HEREBY ORDERS that the Motion is GRANTED. Defendants Edwin Smith, Floyd Little, John Rowser, Louie Wright, Godwin Turk, Barney Chavous, Mike Schnitker, William Van Heusen, and Randolph Gradishar (the "Individual Defendants") will be bound to any

judgment issued by the Court in this case against or for the remaining parties, subject to any and all rulings on appeal, and Plaintiff's claims against the Individual Defendants therefore are dismissed without prejudice.

DATED this 9th day of August, 2011.

BY THE COURT

*s/ David M. Ebel*

_____
U.S. Circuit Court Judge
District of Colorado