IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01476-DME-MJW

ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

Plaintiff(s),

v.

PDB SPORTS, LTD. d/b/a DENVER BRONCOS,
EDWIN SMITH,
FLOYD LITTLE,
JOHN ROWSER,
LOUIE WRIGHT,
GODWIN TURK,
BARNEY CHAVOUS,
MIKE SCHNITKER,
WILLIAM VAN HEUSEN, and
RANDOLPH GRADISHAR

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Entry of Stipulated Protective Order (docket no. 31) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 31-1) is APPROVED as amended in paragraph 19 and made an Order of Court.

Date:   August 16, 2011