IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01476-DME-MJW

ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and
THE TRAVELERS INDEMNITY COMPANY,

Plaintiff(s),

v.

PDB SPORTS, LTD. d/b/a DENVER BRONCOS,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that plaintiff's Unopposed Motion for Leave to Amend the Complaint (Docket No. 37) is granted, and the tendered First Amended Complaint for Declaratory Judgment (Docket No. 37-1) is accepted for filing as of the date of this Minute Order.

Date: November 3, 2011