IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01476-DME-MJW

ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and
THE TRAVELERS INDEMNITY COMPANY,

Plaintiff(s),

v.

PDB SPORTS, LTD. d/b/a DENVER BRONCOS,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Amend Scheduling Order, DN 42, filed with the Court on November 10, 2011, is GRANTED finding good cause shown.

- The Scheduling Order (DN 26) entered on August 4, 2011, is amended as follows:

- The deadline to disclose affirmative expert witnesses under Federal Rule of Civil Procedure 26(a)(2) is extended up to and including Wednesday, February 15, 2012;

- The deadline to disclose rebuttal expert witnesses under Federal Rule of Civil Procedure 26(a)(2) is extended up to and including Tuesday, March 20, 2012;

- The deadline to serve interrogatories, requests for production, and requests for admission is extended up to and including Wednesday, March 28, 2012;

- The discovery cutoff date is extended up to and including Monday, April 30, 2012;

- The dispositive motion deadline is extended up to and including Wednesday, May 30, 2012; and,

- The Final Pretrial Conference set on Tuesday, May 29, 2012, at 8:30 a.m., is VACATED and is RESET on Thursday, July 19, 2012, at 9:30 a.m., in

Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.   The parties shall submit their proposed Final Pretrial Order to the Court on or before Wednesday, May 23, 2012.

Date:   November 17, 2011   _____