IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No.    11-cv-01476-DME-MJW

ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and
THE TRAVELERS INDEMNITY COMPANY,

Plaintiff(s),

v.

PDB SPORTS, LTD. d/b/a DENVER BRONCOS,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe


It is hereby ORDERED that the Joint Motion to Amend Scheduling Order (docket no. 58) is GRANTED finding good cause shown.  The Rule 16 Scheduling Order (docket no. 26) is amended as follows:

• Traveler's response brief shall be due on Monday, March 26, 2012;

• PDB Sports' reply brief shall be due on Thursday, May 3, 2012;

• Deadline to disclose affirmative expert witnesses under Fed. R. Civ. P. 26(a)(2) is extended to Friday, June 29, 2012;

• Deadline to disclose rebuttal expert witnesses under Fed. R. Civ. P. 26(a)(2) is extended to Friday, August 3, 2012;

• Deadline to serve interrogatories, requests for production and requests for admissions is extended to Tuesday, August 14, 2012;

• Discovery cut off date is extended to Friday, September 14, 2012;

• Dispositive motions deadline is extended to Monday, October 15, 2012;

• Final Pretrial Conference set on July 19, 2012, at 9:30 a.m. is VACATED and reset to December 4, 2012, at 9:00 a.m., in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.  The parties shall file with the court their proposed Final Pretrial Order five (5) days

      prior to the Final Pretrial Conference.

- Settlement Conference remains set on April 3, 2012, at 10:00 a.m., in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.


Date:   February 7, 2012