UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01476-DME-MJW

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY, and THE TRAVELERS INDEMNITY COMPANY

Plaintiffs/Counter-Defendants

v.

PDB SPORTS, LTD. d/b/a DENVER BRONCOS,

Defendant/Counter-Plaintiff.

---

**ORDER RE:
PDB SPORTS' UNOPPOSED MOTION TO SUBSTITUTE REPLY IN SUPPORT OF
ITS MOTION TO COMPEL AND REQUEST FOR FED. R. CIV. P. 26(b)(5)(B) RULING
ON TRAVELER'S INADVERTENT PRODUCTION CLAIM (DKT. NO. 121) AND
MOTION TO COMPEL TRAVELERS TO RESPOND TO DECEMBER 6, 2011
DISCOVERY REQUESTS (DKT. NO. 105)**

---

This matter is before the Court on Defendant PDB Sports, Ltd.'s Motion to Substitute its Reply in Support of its Motion to Compel and Request for Fed. R. Civ. P. 25(b)(5)(B) Ruling on Travelers' Inadvertent Production Claim (Dkt 121) and Motion to Compel Travelers to Respond to December 6, 2011 Discovery Requests (Dkt. No. 105). The Court having considered PDB Sports' motion to substitute, orders that said motion to substitute Docket Numbers 121 and 105 is GRANTED.

Dated this 25TH day of April, 2012.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

660821