**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01476-DME-MJW

ST. PAUL FIRE AND MARINE INSURANCE COMPANY,
TRAVELLERS

        Plaintiffs,

v.

PDB SPORT, LTD.,

        Defendant.

---

**ORDER**

---

On June 14, 2012, Special Master John P. Leopold was appointed to conduct all pretrial matters in this case [Doc. No. 190].   Accordingly, it is hereby

ORDERED that the Order of Reference to United States Magistrate Judge Michael J. Watanabe [Doc. No. 3] is hereby VACATED.   All pending motions having been referred to Magistrate Judge Watanabe are hereby referred to Special Master John P. Leopold.

IT IS FURHTER ORDERED, as indicated in the Court's order of June 14, 2012, all pending motions currently before this Court, as well as all future motions, are hereby referred to Special Master John P. Leopold.

        Dated this ___19th___ day of ___June___, 2012.

                BY THE COURT:

                *s/ David M. Ebel*

                _____
                U. S. CIRCUIT COURT JUDGE