IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01476-DME-MJW

ST PAUL FIRE AND MARINE INSURANCE COMPANY
THE TRAVELERS INDEMNITY COMPANY,

      Plaintiffs

v.

PDB SPORTS, LTD., doing business as the Denver Broncos

      Defendant

---

### SPECIAL MASTER'S STATUS CONFERENCE SETTING ORDER

---

A status conference has been set for June 27, 2012 at 9:00 AM at the JAMS offices, 410 17th Street, #1600, Denver, CO. Counsel have agreed to waive the presence of a court reporter for this conference.

The Special Master has reviewed the Court's Motion Report and finds that the following motions are ripe for ruling:

| Document No. | Case and Motion Information | Notes |
| --- | --- | --- |
| 56 | Defendant's Motion to Compel/ Request for Ruling on Travelers' Inadvertent Production Claim (1/31/12) | Response: 3/26/12<br>Reply: 4/21/12 |
| 62 | Plaintiff's Motion for Summary Judgment (FRCP 56(d)) (Policy Periods) | See: 143 |
| 105 | Defendant's Motion to Compel Travelers to Respond to December 6, 2011 Discovery Requests (4/10/12) | Response: 5/22/12<br>Reply: 6/8/12 |

| | | |
|---|---|---|
| 111 | Plaintiff's Motion to Dismiss for Failure to State a Claim in Defendant's First Amended Counterclaim to First Amended Complaint (4/17/12) | Response: 5/11/12<br>Reply: 5/29/12 |
| 114 | Plaintiff's Motion for Summary Judgment (Policy Periods) 4/18/12 | See: 143 |
| 132 | Plaintiff's Motion to Strike (Restricted Level 1) (4/25/12) | Response: 5/21/12<br>Reply: 6/7/12 |
| 143 | Defendant's Motion for Ruling on 114 and 62 (5/1/12) | Response: 5/10/12<br>Reply: 5/29/12 |

Plaintiff's Motion to Compel Responses to Its First Set of Discovery Requests (150) was filed on May 8, 2012. A response was filed on June 15, 2012. The reply is pending.

At the status conference, the Special Master will review these motions and request counsel's input as the priority for resolution of these motions.

The Special Master and counsel also will discuss the manner and means by which counsel can contact the Special Master, if needed, during depositions.

Pursuant to the Court's Order of Reference, all pretrial motions are being referred to the Special Master. Generally, rulings on motions relating to procedural matters will be entitled "order"; rulings on dispositive motions will be "report/recommendation." The procedures set forth in 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b)(2) will apply for all orders and reports/recommendations.

Counsel shall confer to determine what other matters, if any, they wish to address at the status conference. No motion concerning additional matters need be filed.

Dated: June 21, 2012

John P. Leopold
Special Master