IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01476-DME-MJW

ST PAUL FIRE AND MARINE INSURANCE COMPANY
THE TRAVELERS INDEMNITY COMPANY,

    Plaintiffs

v.

PDB SPORTS, LTD., doing business as the Denver Broncos

    Defendant

---

**ORDER APPROVING THE PARTIES' JOINT MOTION TO AMEND SCHEDULING ORDER (196)**

---

    The Special Master has reviewed the parties' Joint Motion to Amend/Correct/Modify [60] Order on Motion to Amend/Correct/Modify [26] Scheduling Order. I appreciate the parties' proactive approach to permitting me to familiarize myself with the case and to schedule appropriate hearings.

    Pursuant to paragraph 4 of the Court's Order of Reference, I have contacted the Court's staff to determine the procedure for dealing with this type of motion. I now approve this motion, subject to the Court's review thereof to determine what, if any, change(s) the Court wishes to make with respect to the management of its docket.

    Accordingly, the parties' joint requests, as set forth in paragraph 8 of their motion, are hereby approved.

    Dated: June 24, 2012

                                            John P. Leopold, Special Master