IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01476-DME-MJW

ST PAUL FIRE AND MARINE INSURANCE COMPANY
THE TRAVELERS INDEMNITY COMPANY,

       Plaintiffs

v.

PDB SPORTS, LTD., doing business as the Denver Broncos

       Defendant

---

### SPECIAL MASTER'S STATUS CONFERENCE ORDER (JUNE 27, 2012)

---

The Special Master and counsel held a status conference earlier this morning. After discussion, the Special Master will consider motions 56 (re: inadvertent disclosure claims and related motions), 114 (motion for summary judgment re: policy periods) and 62 (motion for summary judgment re: lack of standing) at a hearing on Monday, July 23, 2012. The hearing will be held at the JAMS offices, 410 17th Street, #1600, Denver, CO.

The Special Master may choose to rule on the inadvertent disclosure issues before entering an order on the summary judgment motion(s) or may enter both orders simultaneously. Counsel are encouraged to include discussion of this procedure on July 23, 2012.

Advantage Reporting & Video (Lisa Knight or another reporter from that firm) will be the court reporter. Advantage Reporting will contact counsel concerning its fees.

With minimal trepidation, the Special Master authorizes counsel to file any supplemental pleading(s) by not later than Monday, July 9, 2012.

The parties also stipulated that choice of law issues will be considered discretely as to each motion (including those resolved at the July 23, 2012 hearing and those that require resolution thereafter).

The Special Master will issue orders as expeditiously as possible after July 23, 2012.

Dated: June 27, 2012

John P. Leopold,