UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01476-DME-MJW

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY, and THE TRAVELERS INDEMNITY COMPANY

    Plaintiffs/Counter-Defendants

v.

PDB SPORTS, LTD. d/b/a DENVER BRONCOS,

    Defendant/Counter-Plaintiff.

**ORDER GRANTING STIPULATION AND
JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

    The matter came to be heard on the parties' stipulation and joint motion for dismissal with prejudice [Doc. No. 203]. The Court having considered the stipulation and joint motion for dismissal with prejudice, orders the motion is GRANTED. Pursuant to Fed. R. Civ. P. 41, all claims and counterclaims asserted in this action are dismissed with prejudice, each party to bear its own attorney fees and costs.

    Entered this 13th day of Sepember, 2012.

                                           BY THE COURT:

                                           *s/ David M. Ebel*

                                           U.S. Circuit Court Judge
                                           District of Colorado